THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAYES STEELE, Defendant-Appellant.

(No. 60351;

First District (4th Division)—March 12, 1975.

Opinion by Mr. JUSTICE JOHNSON.

James J. Doherty, Public Defender, of Chicago (Louis Caprio, Judith A. Stewart, and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.